# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| MD93 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4350609 | BROWN | 8321 |

4350609

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 07/19/2014 | 13 701 A |

**Place of Offense:** NORTH PATUXEL RD

**Offense Description: Factual Basis for Charge** HAZMAT □

FAILURE OF VEH OWNER TO DISPLAY CURRENT REG PLATES

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| JONES | NICHOLAS | J |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| FZY6667 | OH | 99 | GMC | | SILVER |

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 60 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 85 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 JULY, 20 14 while exercising my duties as a law enforcement officer in the Southern District of Maryland

A parked silver GMC with Ohio plate FZY6667 was observed parked in front of Bldg 41 displaying only the rear plate. Cited 13 701 A.

The foregoing statement is based upon:
☒ my personal observation   □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/19/2014   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident